UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PATRICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALTSHULER, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1046 AC P<br><br><br>ORDER |

On October 25, 2017, plaintiff filed a "Motion: To Show Cause." See ECF No. 12. This prisoner civil rights action was closed on October 10, 2017. Plaintiff is advised that documents filed after the closing date will be disregarded and no orders will issue in response future filings. Continued unauthorized filings may result in the imposition of sanctions.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall terminate plaintiff's motion filed October 25, 2017, and shall disregard any future filings by plaintiff in this case.

SO ORDERED.

DATED: December 7, 2017

　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE